

A CERTIFIED TRUE COPY

MAR 19 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2004

FILED
CLERK'S OFFICE

*DOCKET NO. 1586*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE MUTUAL FUNDS INVESTMENT LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-1)*

On February 20, 2004, the Panel transferred 96 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, ___F.Supp.2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 19 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on ___3-24-04___
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
    FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
    DISTRICT OF MARYLAND

By _____ Deputy

# SCHEDULE CTO-1 - TAG ALONG CASES
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

DISTRICT  DIV. CIVIL ACTION#

CALIFORNIA CENTRAL
  ~~CAC       2  03-7654~~       ~~Emanuel Wasserman v. Kenneth D. Lewis, et al.~~ Opposed 3/17/04
  CAC       2  03-8736        Mike Sayegh v. Janus Capital Corp., et al.

CALIFORNIA NORTHERN
  CAN       3  03-5071        Michael Federman v. Putnam American Government Income Fund, et al.
  CAN       5  03-5133        Kathie A. Phillips v. Alliance Capital Management Holding, L.P., et al.
  CAN       5  03-5146        James Page, Jr. v. The Charles Schwab Corp., et al.

COLORADO
  CO        1  03-2004        Gerald L. Chait, etc. v. Thomas H. Bailey, et al.
  CO        1  03-2007        Mei Hung, etc. v. Thomas H. Bailey, et al.
  CO        1  03-2016        Norman Friedman, et al. v. Janus Capital Group, Inc., et al.
  CO        1  03-2037        Robert Martini v. Janus Capital Group, Inc., et al.
  CO        1  03-2061        Delon Brown v. Janus Capital Group, Inc., et al.
  CO        1  03-2103        Ruth A. McKeown v. Janus Fund, et al.
  CO        1  03-2115        Paul Straits v. Janus Capital Group, Inc., et al.
  CO        1  03-2141        Janice Biggs v. Janus Fund, et al.
  CO        1  03-2168        Harry Goodman, et al. v. Janus Capital Group, Inc., et al.
  CO        1  03-2182        Richard Lepera v. Invesco Funds Group, Inc., et al.
  CO        1  03-2212        R. Andrew Harclerode, et al. v. Janus Capital Group, Inc., et al.
  CO        1  03-2309        Brenda C. Vann, et al. v. Janus Capital Group, Inc., et al.
  CO        1  03-2325        Amanda Klein v. Janus Capital Group, Inc., et al.
  CO        1  03-2403        Craig Wiggins v. Janus Capital Group, Inc., et al.
  CO        1  03-2406        L. Scott Karlin, etc. v. Amvescap, PLC, et al.
  CO        1  03-2441        Richard Raver v. Invesco Funds Group, Inc., et al.
  CO        1  03-2456        Jerry Fatah, etc. v. Invesco Advantage Health Sciences Fund, et al.
  CO        1  03-2457        Shirley M. McLain, et al. v. Bank of America Corp., et al.
  CO        1  03-2559        Steven B. Ehrlich, et al. v. Invesco Advantage Health Sciences Fund, et al.
  CO        1  03-2604        Miriam Calderon v. Amvescap, PLC, et al.
  CO        1  03-2612        Pat B. Gorsuch, et al. v. Invesco Funds Group, Inc., et al.

CONNECTICUT
  CT        3  03-1874        Thomas Helm, et al. v. Janus Fund, et al.
  CT        3  03-1883        Louis J. DeSocio v. Strong Advisor Common Stock Fund, et al.
  CT        3  03-2050        Charles Lanza v. Alliancebernstein Growth & Income Fund, et al.
  CT        3  03-2192        Alfred Dellavalle v. Putnam American Government Income Fund, et al.

ILLINOIS NORTHERN
  ILN       1  03-7315        Lenore Zarate v. Bank One Corp., et al.
  ILN       1  03-7940        Robert Holton v. Bank One Corp., et al.
  ILN       1  03-8561        Datren Williams, etc. v. Bank One Corp., et al.
  ILN       1  03-8628        Carolyn Kitty v. Janus Capital Group Inc., et al.
  ILN       1  03-9055        Carlo D'Agostino v. Putnam Investments Trust, et al.
  ILN       1  03-9061        Brett Tayne v. Putnam Investments Trust, et al.

ILLINOIS SOUTHERN
  ~~ILS       3  03-692~~        ~~Robert Potter, et al. v. Janus Investment Fund, et al.~~ Vacated 3/17/04
  ~~ILS       3  03-760~~        ~~Donald Bradfisch v. Templeton Funds, Inc., et al.~~ Vacated 3/17/04
  ~~ILS       3  03-769~~        ~~Roger Kelso v. Columbia Acorn Trust, et al.~~ Opposed 3/18/04
  ~~ILS       3  03-770~~        ~~David Kenerley v. Templeton Funds, Inc., et al.~~ Opposed 3/18/04

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1586                                          PAGE 2 OF 4

| | | | |
|---|---|---|---|
| ILS | 3 | 03-771 | Tom Sichra v. Putnam Investment Funds, et al. |
| ~~ILS~~ | ~~3~~ | ~~03-772~~ | ~~John Bilski v. Aim International Funds, Inc., et al.~~ Opposed 3/18/04 |
| ~~ILS~~ | ~~3~~ | ~~03-843~~ | ~~Gary Vogeler, et al. v. Columbia Acorn Trust, et al.~~ Vacated 3/17/04 |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 03-12222 | Evon Yameen, et al. v. Putnam Investment Management, LLC |
| MA | 1 | 03-12227 | Diane Hutto, et al. v. Putnam Europe Equity Fund, et al. |
| MA | 1 | 03-12273 | Edward Casey, et al. v. Putnam Investment Management, LLC |
| MA | 1 | 03-12400 | John K. Clement, et al. v. Putnam Investment Management, Inc., et al. |
| MA | 1 | 03-12402 | Antonio Ioakim, et al. v. Putnam Investment Management, LLC |
| MA | 1 | 03-12441 | Seth B. Marks, et al. v. Putnam, LLC, et al. |
| MA | 1 | 03-12474 | Mark E. Feinerstein, et al. v. Putnam Investments Trust, et al. |
| MA | 1 | 03-12475 | Maria Dagostino-Gannon v. Putnam Investment Trust, et al. |
| ~~MA~~ | ~~1~~ | ~~03-12483~~ | ~~Gustavo Bruckner, etc. v. Massachusetts Financial Services Co., et al.~~ Opposed 3/18/04 |
| ~~MA~~ | ~~1~~ | ~~03-12500~~ | ~~Bruce Riggs v. Massachusetts Financial Services Co., et al.~~ Opposed 3/18/04 |
| MA | 1 | 03-12526 | Joanne S. Baseman, etc. v. Putnam Investment Management, LLC, et al. |
| MA | 1 | 03-12527 | Cynthia Puleo, etc. v. Putnam, LLC, et al. |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 3 | 03-496 | James McLain v. Bank of America Corp., et al. |
| NCW | 3 | 04-16 | Raj Sanyal, etc. v. William P. Carmichael, et al. |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 03-4370 | Brian Levy v. Strong Advisor Common Stock Fund, et al. |
| NJ | 2 | 03-4544 | Lori McBride, etc. v. Strong Financial Corp., et al. |
| NJ | 2 | 03-4545 | William Solvible, et al. v. John R. Belk, et al. |
| NJ | 2 | 03-4585 | Robert Steinberg v. Strong Advisor Common Stock Fund, et al. |
| NJ | 2 | 03-4586 | Bruce J. Pfeffer, et al. v. Janus Fund, et al. |
| NJ | 2 | 03-4602 | Margo A. Bode v. Bank of America Corp., et al. |
| NJ | 2 | 03-4612 | Irving J. Chasen, etc. v. Mark B. Whiston, et al. |
| NJ | 2 | 03-4769 | Ronald Gross, etc. v. James Dimon, et al. |
| NJ | 2 | 03-5045 | Charles S. Steinberg v. AllianceBernstein Growth & Income Fund, et al. |
| NJ | 2 | 03-5081 | Yaakov Nekritz v. Canary Capital Partners, LLC, et al. |
| NJ | 2 | 03-5500 | Camille Logue, etc. v. Bruce W. Calvert, et al. |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 2 | 03-5879 | Ira Newman v. Alliance Capital Management, LP |
| NYE | 2 | 03-5958 | Michael Bernstein, etc. v. Fred Alger Management, Inc., et al. |
| NYE | 2 | 03-6004 | Jean L. Taylor, et al. v. Alliance Capital Management, L.P. |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 03-7710 | A. Duane Wahl v. Nations Capital Growth Fund, et al. |
| NYS | 1 | 03-7751 | Virginia Metzger v. Banc One Investment Advisors, et al. |
| NYS | 1 | 03-7932 | Frank K. Mangialardi v. Strong Capital Management, Inc. |
| NYS | 1 | 03-7940 | Michael Lipstein IRA, et al. v. Janus Capital Management, LLC |
| NYS | 1 | 03-8025 | Katrina McKoy v. Bank of America Corp., et al. |
| NYS | 1 | 03-8131 | Lori Weinrib v. Janus Capital Group, Inc., et al. |
| NYS | 1 | 03-8199 | Irene Waxman v. Janus Capital Group, Inc., et al. |
| NYS | 1 | 03-8256 | Katrina S. Weaver v. Nations Capital Growth Fund, et al. |
| NYS | 1 | 03-8364 | Linda Parker v. One Group Technology Fund, et al. |
| NYS | 1 | 03-8412 | Rhonda Vladimir v. Janus Capital Management, LLC, et al. |
| NYS | 1 | 03-8523 | Shandel Strasberg, et al. v. Janus Fund, et al. |
| NYS | 1 | 03-8593 | Robert Wiley v. Bank One Corp., et al. |
| NYS | 1 | 03-8609 | Doreen Duke v. Janus Capital Group, Inc., et al. |
| NYS | 1 | 03-8627 | Peter D. Demayo, etc. v. Alger Small Port, et al. |
| NYS | 1 | 03-8682 | Warren Pinchuck, etc. v. Peter Coster, et al. |
| NYS | 1 | 03-8686 | Michael H. Diemer v. Janus Fund, et al. |
| NYS | 1 | 03-8710 | Ida Desch v. Bank of America Corp., et al. |
| NYS | 1 | 03-8745 | Phil Maez v. Nations Institutional Reserves Covertible Securities Fund, et al. |

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1586                               PAGE 3 OF 4

| | | | |
|---|---|---|---|
| NYS | 1 | 03-8747 | Marc Henzel, etc. v. Alger Small Port, et al. |
| NYS | 1 | 03-8864 | Michael Pflugath, et al. v. Bear Stearns Companies, Inc., et al. |
| NYS | 1 | 03-8893 | Jessica Corbett v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 03-8894 | Murray Zucker v. Putnam American Government Income Fund, et al. |
| NYS | 1 | 03-8959 | Dana Buhs v. Fred Alger Management, Inc., et al. |
| NYS | 1 | 03-8962 | Jeffrey Ettinger, etc. v. Janus Capital Group, Inc., et al. |
| NYS | 1 | 03-8984 | Maurice Bonime v. Putnam American Government Income Fund, et al. |
| NYS | 1 | 03-9001 | Barbara Walsh v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 03-9149 | Meyer Mintz v. Putnam American Government Income Fund, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9157~~ | ~~Frederic Ian Fishbein, etc. v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9160 | Romilda Braatz v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 03-9167 | Bryon Billman v. Fred Alger Management, Inc., et al. |
| NYS | 1 | 03-9197 | Bernard Schwimmer v. AllianceBernstein Technology Fund, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9216~~ | ~~Aaron Brody v. Pilgram Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9237 | James Ryan, et al. v. Putnam American Government Income Fund, et al. |
| NYS | 1 | 03-9239 | Robert Garfield v. Fred Alger Management, Inc., et al. |
| NYS | 1 | 03-9245 | Paula Pieroni v. Bank of America Corp, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9294~~ | ~~Adrienne Green v. AllianceBernstein Growth & Income Fund, et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9372 | Gary A. Baskin v. Bank of America Corp., et al. |
| NYS | 1 | 03-9424 | Robert Foster, et al. v. Putnam Investments Trust, et al. |
| NYS | 1 | 03-9425 | Rochelle Turoff Mucha v. Marsh & McClennan Companies, Inc., et al. |
| NYS | 1 | 03-9426 | Alberta Friedman v. Alger Small Portfolio, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9434~~ | ~~Rochelle Meyer, etc. v. Alliance Capital Management Holding L.P., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9438 | Lisa Schales v. Alliance Capital Management Holdings, L.P., et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9439~~ | ~~Leslie Turbowitz v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9497 | Avremi Weinreb v. AllianceBernstein Technology Fund, et al. |
| NYS | 1 | 03-9498 | Terry Conner v. Alliance Capital Management Holding, L.P., et al. |
| NYS | 1 | 03-9501 | Neeyaf Distributing v. Alger Small Portfolio, et al. |
| NYS | 1 | 03-9606 | Patrice H. Oster v. Alliance Capital Management Holdings L.P., et al. |
| NYS | 1 | 03-9634 | Edward Lowinger, et al. v. Invesco Advantage Health Science Fund, et al. |
| NYS | 1 | 03-9638 | Ronald E. Stackler, et al. v. Nations Capital Growth Fund, et al. |
| NYS | 1 | 03-9654 | John B. Johnson v. Putnam American Government Income Fund, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9655~~ | ~~Rachelle Knopf v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| ~~NYS~~ | ~~1~~ | ~~03-9668~~ | ~~Walter C. Slack v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| ~~NYS~~ | ~~1~~ | ~~03-9670~~ | ~~Gregory Smidt, et al. v. Bear, Stearns & Co, Inc.~~ Vacated 3/11/04 |
| NYS | 1 | 03-9740 | Milton Pfeiffer v. The Dreyfus Corp. |
| ~~NYS~~ | ~~1~~ | ~~03-9790~~ | ~~Mike Atassi v. Pilgrim, Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9801 | Durand Wilson, II v. Excelsior Funds, Inc., et al. |
| NYS | 1 | 03-9858 | John B. Johnson v. Alger Small Portfolio, et al. |
| NYS | 1 | 03-9915 | Janet M. Crocket v. Alger Small Portfolio, et al. |
| NYS | 1 | 03-9920 | Marvin Goldfarb v. Putnam American Government Income Fund, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9955~~ | ~~Charles C. Hargrave, et al. v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| ~~NYS~~ | ~~1~~ | ~~03-10016~~ | ~~Carl Sadowsky v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-10045 | Jospeh R. Russo v. Invesco Advantage Health Sciences Fund, et al. |
| NYS | 1 | 03-10098 | Kathleen Iozzo, et al. v. Putnam Investment Trust, et al. |
| NYS | 1 | 03-10099 | Paul Weiner, et al. v. Putnam Investments Trust, et al. |
| NYS | 1 | 03-10132 | Herman S. & Esperanza A. Drayer Residual Trust U/A 4/22/83, et al. v Federated Investors, Inc., et al. |
| NYS | 1 | 03-10158 | Benjamin Robinson v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 03-10173 | Jodi Finkelson-Reece v. Putnam Investment Trust, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-10198~~ | ~~Benjamin Hiser v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 04-28 | Doris Staehr, etc. v. Jeffrey W. Greenberg, et al. |
| ~~NYS~~ | ~~1~~ | ~~04-230~~ | ~~William B. Cottrell v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 04-409 | Michael Fitzpatrick, etc. v. John R. Belk, et al. |
| NYS | 1 | 04-410 | David M. Kaufman, et al. v. John R. Belk, et al. |

OHIO SOUTHERN
| | | | |
|---|---|---|---|
| OHS | 2 | 03-1016 | Bernard Flucke v. Bank One Corp., et al. |
| OHS | 2 | 03-1037 | Warren Sherman, etc. v. Peter C. Marshall, et al. |

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1586                    PAGE 4 OF 4

```
    OHS    2  03-1038      Jerry Huang v. Peter Marshall, et al.
    OHS    2  03-1039      Mark Snyder, etc. v. Peter C. Marshall, et al.

PENNSYLVANIA EASTERN
    PAE    2  03-6255      Stephen Cary v. Pilgrim Baxter & Associates, Ltd., et al. Opposed 3/19/04
    PAE    2  03-6411      Lilia Binder et al. v. PBHG Growth Fund, et al. Opposed 3/19/04
    PAE    2  03-6436      Robert K. Beiter v. Pilgrim Baxter & Associates, Ltd., et al. Opposed 3/19/04
    PAE    2  03-6441      Stanley D. Bernstein Profit Keough for the Benefit of Stanley Bernstein v.
                           Pilgrim Baxter & Associates, Ltd., et al.          Opposed 3/19/04
    PAE    2  03-6509      Anatoly S. Weiser v. PBHG Growth Fund, et al. Opposed 3/19/04
    PAE    2  03-6544      Korshed F. Jungalawala v. Pilgrim Baxter & Associates, Ltd., et al.
    PAE    2  03-6570      Michael Peroff v. Pilgrim Baxter & Associates, Ltd., et al. Opposed 3/19/04

PENNSYLVANIA WESTERN
    PAW    2  03-1627      John Dejean v. Federated Investors, Inc., et al.
    PAW    2  03-1639      Diane Ruchka v. American Skandia Advisor Funds, Inc., et al.
    PAW    2  03-1659      Resa H. Jannett, et al. v. American Skandia Advisor Funds, Inc., et al.
    PAW    2  03-1737      Robert Steinberg, et al. v. American Skandia Advisor Funds, Inc., et al.
    PAW    2  03-1858      John M. Abraham v. Federated Investors, Inc., et al.
    PAW    2  03-1942      Michael Feder, etc. v. Federated Investors, Inc., et al.
    PAW    2  03-1965      Risa B. Schneps v. Federated Investment Management Co.
    PAW    2  03-1971      Martin J. Michlik v. Federated Investors, Inc., et al.

TEXAS EASTERN
    TXE    6  03-562       Rex-Hide Industries, Inc., et al. v. National Capital Growth, et al.

WISCONSIN EASTERN
    WIE    2  03-951       Ryan Marshall, etc. v. Richard S. Strong, et al.
    WIE    2  03-953       John Lang, et al. v. Strong Advisor Common Stock Fund, et al.
    WIE    2  03-960       Terry Mintz, etc. v. Richard S. Strong, et al.
    WIE    2  03-961       Heather Blum, etc. v. Richard S. Strong, et al.
    WIE    2  03-963       Niki Tsetsekos, etc. v. Strong Financial Corp., et al.
    WIE    2  03-969       Esther Cohen v. Strong Advisor Common Stock Fund, et al.
    WIE    2  03-997       Gerald Klafter v. Strong Capital Management, Inc., et al. Opposed 3/18/04
    WIE    2  03-1003      Ernest Gottdiener v. Strong Advisor Common Stock Fund, et al.
    WIE    2  03-1012      Mary Ellen Ryan, etc. v. Strong Capital Management, Inc., et al.
    WIE    2  03-1027      Carol Patterson, etc. v. Strong Financial Corp., et al.
    WIE    2  03-1035      Luis O. Araneda v. Strong Advisor Common Stock Fund, et al.
    WIE    2  03-1038      Peter J. Kugi, etc. v. Strong Capital Management, Inc., et al.
    WIE    2  03-1067      Brian Flynn v. Strong Capital Management, Inc., et al.
    WIE    2  03-1073      Ori Ashman v. Strong Advisor Common Stock Fund, et al.
    WIE    2  03-1074      Michael J. Hossack v. Strong Advisor Common Stock Fund, et al.
    WIE    2  03-1075      Charles Hutton v. Strong Capital Management, Inc., et al.
    WIE    2  03-1407      James L. DaPore v. Strong Financial Corp., et al. Opposed 3/19/04

WISCONSIN WESTERN
    WIW    3  03-524       Donald Schneider v. Strong Financial Corp., et al.
    WIW    2  03-1426      Donald Schneider v. Strong Financial Corp., et al.
```

# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon
Clerk

4415 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201
(410) 962-2600

March 24, 2004

U.S. District Court for the
District of Massachusetts
United States Courthouse
Suite 2300
One Courthouse Way
Boston, MA 02210-3002

MDL 1586
In re: Mutual Funds Investment Litigation
Your civil no. 1:03-12400- RWZ
Our civil no. 1:04-840
Clement v Putnam Investment Management

Dear Clerk:

I am enclosing a certified copy of the Transfer Order from the Judicial Panel on Multi-District Litigation filed on March 22, 2004, in this Court transferring the above entitled case to the District of Maryland.

*Pursuant to footnote 8 of the Panel's order partially suspending Rule 1.6(a) for this litigation, please forward only the docket sheet for each transferred action.*

Sincerely,

Felicia C. Cannon, Clerk

By: *Claudia Gibson*
Deputy Clerk

cc: Judge J. Frederick Motz
    Judicial Panel on Multi-District Litigation